# Court of Appeals
# of the State of Georgia

ATLANTA,  January 02, 2026

*The Court of Appeals hereby passes the following order:*

**A26A0877. JOAQUIN SALDANA-TREJO v. THE STATE.**

Joaquin Saldana-Trejo pled guilty to incest and was sentenced on February 28, 2017. On July 6, 2020, Saldana-Trejo filed a motion for out-of-time appeal, which the trial court denied on the merits on December 22, 2020. Saldana-Trejo then filed this appeal.

In *Cook v. State*, 313 Ga. 471, 506 (5) (870 SE2d 758) (2022), the Supreme Court of Georgia determined that a trial court lacks authority to grant an out-of-time appeal, and that any remedy involving an out-of-time appeal must be sought in habeas corpus. There, the Supreme Court vacated the trial court's order denying the defendant's motion for out-of-time appeal and remanded with instructions to dismiss the motion. Id. OCGA § 5-6-39.1, which became effective on May 14, 2025, allows for relief for defendants (1) who move for leave to file an out-of-time motion for new trial or notice of appeal within 100 days from the expiration of the time period for the filing of such motion or notice, or (2) whose motion seeking an out-of-time motion for new trial or notice of appeal or whose granted out-of-time motion for new trial was dismissed based upon *Cook*.

OCGA § 5-6-39.1 (b) does not currently apply to Saldana-Trejo, as he did not file his motion for out-of-time appeal within 100 days from the expiration of the time period for filing a notice of appeal. Thus, in accordance with *Cook*, 313 Ga. at 506 (5), the trial court's order denying Saldana-Trejo's motion for out-of-time appeal is hereby VACATED, and this case is hereby REMANDED for entry of an order dismissing his motion for an out-of-time appeal. Once such an order is entered,

Saldana-Trejo shall have the right to file a motion for out-of-time appeal until June 30, 2026, pursuant to OCGA § 5-6-39.1(a), and any such motion shall not be subject to the 100-day time limitation in OCGA § 5-6-39.1(a). See OCGA § 5-6-39.1(b).



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*___01/02/2026_____

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*